# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THOMAS JAMES WASHINGTON, JR., <br><br> Defendant. | Case No.: 15CR1036-JLS <br><br> **ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States and good cause appearing therefor,

IT IS HEREBY ORDERED that, the Motion to Dismiss the Indictment be granted without prejudice to allow for prosecution of this case in another jurisdiction.

Dated: June 19, 2015

Hon. Janis L. Sammartino
United States District Judge